IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
*(Write the District and Division, if any, of the
court in which the complaint is filed.)*

---

JAMES ROBERT HOLCOMB AND
SIMARALY SITUATED INMATES

---

*(Write the full name of each plaintiff who is filing
this complaint. If the names of all the plaintiffs
cannot fit in the space above, please write "see
attached" in the space and attach an additional
page with the full list of names.)*

**-against-**

OSCEOLA COUNTY CORRECTIONS DEPT.
CHIEF HOLT, SGT. DAVIS, P. BOLLINGER
M. KENNARD, K. WILMOTT, V. JOSEPH

*(Write the full name of each defendant who is
being sued. If the names of all the defendants
cannot fit in the space above, please write "see
attached" in the space and attach an additional
page with the full list of names. Do not include
addresses here.)*

**Complaint for Violation of Civil Rights**
(Prisoner Complaint)

Case No. _____
*(to be filled in by the Clerk's Office)*

Jury Trial: ☒ Yes ☐ No
*(check one)*

2022 JAN 20 PM 3: 01    FILED

---

## NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in *forma pauperis*.

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name    JAMES ROBERT HOLCOMB

All other names by which you have been known:

ID Number    127058

Current Institution    OSCEOLA COUNTY CORRECTIONS DEPT.

Address    402 SIMPSON ROAD
KISSIMMEE, FLA. 34744

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  Make sure that the defendant(s) listed below are identical to those contained in the above caption.  For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed. ADDITIONAL PAGE ATTACHED LABELED "DEFENDANTS"

Defendant No. 1

Name    OSCEOLA COUNTY CORRECTIONS DEPT.

Job or Title
(if known)

Shield Number

Employer

Address    402 SIMPSON ROAD
KISSIMMEE, FLA. 34744

[ ] Individual capacity    [X] Official capacity

Defendant No. 2

Name    CHIEF HOLT

Job or Title
(if known)      CHIEF OF OSCEOLA COUNTY JAIL

Shield Number   UNKNOWN

Employer        OSCEOLA COUNTY CORRECTIONS DEPT

Address         402 SIMPSON ROAD
                KISSIMMEE, FLA. 34744

☐ Individual capacity        ☒ Official capacity

Defendant No. 3

Name            ``SGT``. DAVIS

Job or Title    SERGEANT OSCEOLA COUNTY JAIL
(if known)

Shield Number   UNKNOWN

Employer        OSCEOLA COUNTY CORRECTIONS DEPT.

Address         402 SIMPSON ROAD
                KISSIMMEE, FLA. 34744

☒ Individual capacity        ☒ Official capacity

Defendant No. 4

Name            P. BOLLINGER

Job or Title    CLASSIFICATION OFFICER
(if known)

Shield Number   UNKNOWN

Employer        OSCEOLA COUNTY CORRECTIONS Dept.

Address         402 SIMPSON ROAD
                KISSIMMEE, FLA. 34744

☐ Individual capacity        ☒ Official capacity

## II.   Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

3

DEFENDANTS

DEFENDANT NO. 5

NAME:              M. KENNARD

JOB OR TITLE:       CLASSIFICATION OFFICER
(IF KNOWN)

SHIELD NUMBER:      UNKNOWN

EMPLOYER:          OSCEOLA COUNTY CORRECTIONS DEPT.

ADDRESS:           402 SIMPSON ROAD

                   KISSIMMEE, FLA 34744

☒ INDIVIDUAL CAPACITY   ☒ OFFICIAL CAPACITY

DEFENDANT NO. 6

NAME:              K. WILMOTT

JOB OR TITLE        CLASSIFICATION SUPERVISOR
(IF KNOWN)

SHIELD NUMBER       UNKNOWN

EMPLOYER:           OSCEOLA COUNTY CORRECTIONS DEPT.

ADDRESS:           402 SIMPSON ROAD

                   KISSIMMEE, FLA. 34744

☒ INDIVIDUAL CAPACITY   ☒ OFFICIAL CAPACITY

DEFENDANT NO. 7

NAME:              V. JOSEPH

JOB OR TITLE:       CLASSIFICATION OFFICER
(IF KNOWN)

SHIELD NUMBER:      UNKNOWN

EMPLOYER:          OSCEOLA COUNTY CORRECTIONS DEPT

ADDRESS:           402 SIMPSON ROAD

                   KISSIMMEE, FLA. 34744

☒ INDIVIDUAL CAPACITY   ☒ OFFICIAL CAPACITY

A.   Are you bringing suit against *(check all that apply)*:

   ☐   Federal officials (a *Bivens* claim)

   ☒   State or local officials (a § 1983 claim)

B.   Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

   (1) RIGHT TO APPEAL (GRIEVANCE PROCEDURE) (2) RIGHT TO ACCESS THE COURTS (NO ADAQUIT LAW LIBRARY- OR ACCESS TO LAW LIBRARY) (3) ILLEGAL SEIZURE OF PROPERTY

C.   Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

   N/A

D.   Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

   ADDITIONAL PAGE ATTACHED / LABELED "COLOR OF LAW"

## III.   Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

   ☒   Pretrial detainee

   ☐   Civilly committed detainee

   ☐   Immigration detainee

4

# COLOR OF LAW

① P. BOLLINGER - IS THE OFFICER OF CLASSIFICATION ASSIGNED AT THE INSTITUTION FOR ASSISTANCE WITH LAW LIBRARY SERVICES AND RESPONDANT TO GRIEVANCES.

② M. KENNARD - IS/WAS MY ASSIGNED CLASSIFICATION OFFICER AND THE RESPONDANT TO REQUEST RELEVANT TO THIS LAWSUIT.

③ K. WILMOTT - IS THE CLASSIFICATIONS SUPERVISOR WHOM IS RESPONSIBLE FOR HIS OR HER LOWER STAFF AND SUPERVISOR WHO SIGNED OFF ON GRIEVANCES

④ V. JOSEPH - IS/WAS MY CLASSIFICATION OFFICER AND THE RESPONDANT TO A REQUEST FORM RELEVANT TO THIS LAWSUIT

⑤ "SERGEANT" DAVIS - WAS THE HIGHEST RANKING OFFICER; THEREFORE, HAD COMMANDING POWER AND ORDERED THE ILLEGAL SEIZURE OF ① MATTRESS COVER ② PILLOW ③ PILLOWCASE

⑥ "CHIEF" HOLT - THE CHIEF OF OSCEOLA COUNTY CORRECTIONS DEPARTMENT RESPONSIBLE FOR THE OVERSEEING OF THE FACILITY'S OPERATIONS AND EMPLOYMENT

⑦ OSCEOLA COUNTY CORRECTIONS DEPARTMENT - WHERE ALL DEFENDANTS ARE EMPLOYED AND THE PLAINTIFF IS HOUSED.

☐    Convicted and sentenced state prisoner

☐    Convicted and sentenced federal prisoner

☐    Other *(explain)* _____

## IV.    Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

ADDITION PAGE ATTACHED LABELED " STATEMENT OF CLAIM "

A.    If the events giving rise to your claim arose outside an institution, describe where and when they arose.

N/A

B.    If the events giving rise to your claim arose in an institution, describe where and when they arose.

SEE ATTACHED " STATEMENT OF CLAIM "

C.    What date and approximate time did the events giving rise to your claim(s) occur?

SEE ATTACHED " STATEMENT OF CLAIM "

D.    What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

SEE ATTACHED " STATEMENT OF CLAIM "

"STATEMENT OF CLAIM"                    PAGE 1 OF 3

      AFTER WRITING SEVERAL REQUEST FORMS ATTEMPTING
TO GAIN ACCESS TO THE LAW LIBRARY AT OSCEOLA
COUNTY CORRECTIONS DEPT. AND BEING DENIED,
I FILED AND EXHAUSTED MY ADMINISTRATIVE REMEDY
WITH GRIEVANCES TO NO AVAIL ON THAT
ISSUE. CLASSIFICATION OFFICERS V. JOSEPH,
M. KENNARD AND P. BOLLINGER RESPONDED IN THE
NEGATIVE TO REQUEST FORMS; CLASSIFICATION OFFICER
P. BOLLINGER, AND CLASSIFICATION SUPERVISOR K.
WILMOTT RESPONDED "NOT IF FAVOR" TO GRIEVANCES,
ALL SAYING I AM NOT ALLOWED MATERIALS FROM
LAW LIBRARY "BECAUSE I AM NOT PRO-SE" UPON
FILING A "WRIT OF MANDAMUS" (WHICH, IF IT SO
PLEASES THIS COURT, I WOULD LIKE CONSOLIDATED
TO THIS PLEADING DUE TO ALL ATTACHED EXIBITS
THAT PROVE CASE-IN-POINT) AND ATTACHING
THE DENIALS OF MY GRIEVANCES, ON THIS ISSUE,
I RECEIVED A COUNTERFEIT COPY OF GRIEVANCE
LOG # 300016 (WHICH ORIGINAL WAS ATTACH TO "WRIT
OF MANDAMUS" SENT TO OSCEOLA COUNTY COURTHOUSE
IN REGARDS TO CASE # 2007CF004002) SAYING I AM BEING
PROVIDED "PRO-SE SERVICES", THIS COUNTERFEIT IS DATED
IN RESPONCE 12/24/21 AND ORIGINAL WAS AT OR
AROUND 12/08/21. MOST RECENT DENIED REQUEST FOR
ACCESS TO LAW LIBRARY BY V. JOSEPH WAS 12/27/21. AND
IF FACT THIS 42 U.S.C. §1983 IS THE ONLY THING THAT
I HAVE BEEN GIVEN FROM "LAW LIBRARY"

"STATEMENT OF CLAIM"          PAGE 2 OF 3

ON 12/03/2021 @ APPROXIMATELY 12:00AM MIDNIGHT (SO THE OFFICIAL MORNING OF 12/04/2021, NIGHT OF 12/03/2021) I HAD A "PETIT MAL" SEIZURE - WHICH IS A DOCUMENTED & MEDICATED MEDICAL CONDITION - AND AFTER GAINING MY AWARENESS I REALIZED THAT I NO LONGER POSSESSED ① MATTRESS COVER, ① PILLOW, AND ① PILLOW COVER. AFTER INQUIRING OF OFFICER GARCIA (OFFICER IN F-B POD WHERE I WAS HOUSED AT THE TIME AND NOT A DEFENDANT) THE WHEREABOUTS OF MY ASSIGNED ITEMS HE TOLD ME "SERGEANT DAVIS" DIRECTED CORPERAL TAYLOR (NON-DEFENDANT) TO REMOVE THOSE ITEMS FROM MY CELL - WHICH WAS F-B POD CELL 109. I IMMEDIATELY FILED A GRIEVANCE THAT I TURNED IN ON 12/04/21 @ 10:10PM LOG# 300005 THAT WAS NOT RESPONDED TO. I THEN FILE ANOTHER GRIEVANCE ON 12/11/21 THAT WAS RESPONDED TO ON 12/13/21 SAYING THAT "SGT DAVIS" WAS SPOKEN TO AND ADVISED THAT THE ① MATTRESS COVER, ① PILLOW, AND ① PILLOW CASE WAS REMOVED DURING A CELL SEARCH AND A CLEAN ONE WAS GIVEN TO ME. AS STATED ABOVE IT WAS A MEDICAL INCIDENT - NOT A CELL SEARCH. AND I WAS NOT GIVEN REPLACEMENT TO THE ITEMS UNTIL 12/14/21 BETWEEN 9:00AM - 10:00AM AFTER THE GRIEVANCE ALLEGED I HAD PREVIOUSLY RECEIVED THEM. THIS IS ALL EVIDENCED BY THE CAMERA IS F-B POD CELL 109. FROM 12/04/21 - 12/14/21, ADDITIONAL GRIEVANCES HAVE BEEN FILE WITHOUT RESPONCE. (I HAVE CARBON COPIES)

STATEMENT OF CLAIM          PAGE 3 OF 3

"CHIEF" HOLT AND THE OSCEOLA COUNTY
CORRECTIONS DEPT. ARE ULTIMATELY RESPONCIBLE
FOR THESE DAMAGES BECAUSE IT IS OBVIOUS
THAT THE CORRECTIONAL STAFF/OFFICERS HAVE
NOT BEEN TRAINED PROPERLY. "CHIEF" HOLT AND
THE OSCEOLA COUNTY CORRECTIONS DEPT. DOES
NOT GIVE ACCESS TO ANY LEGAL SERVICES TO
ALL INMATES HOUSED AT IT'S FACILITY, AND
PROVIDES NO WAY TO SEEK REMEDY OTHER THAN
THE GRIEVANCE PROCESS THAT DOES NOT WORK,
OR AT BEST IS NOT ADAQUIT. "CHIEF" HOLT'S
OFFICERS AND STAFF FORGE DOCUMENTS (WHICH
I EXPLAINED IN STATEMENT OF CLAIM PAGE 1, AND
HAVE THAT DOCUMENT IN MY POSSESSION AS PROOF)
AND THROW AWAY GRIEVANCES IN AN ATTEMPT
TO IMPEDE THE GRIEVANCE PROCESS. THE OFFICERS
AND STAFF OF OSCEOLA COUNTY CORRECTIONS DEPT.
RUN RAMPANT UNCHECKED AND WITHOUT DISCIPLINE
FOR THEIR FELONIOUS ACTIONS.

_____
_____
_____
_____
_____

## V.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

① SKIN INFECTION FROM RASH CAUSED BY UNCOVERED AND EXPOSED MATTRESS. (RECEIVED TRIPLE ANTIBIOTIC OINTMENT TREATMENT)

② HAVING PREVIOUSLY BEEN DIAGNOSED WITH MANIC DEPRESSION (ANXIETY) PARANOIA, SCITZOPHENIA, AND POST TRAMATIC STRESS DISORDER, MY MENTAL MEDICAL CONDITIONS HAVE BEEN AGGRAVATED TO THE POINT THAT I AM IN CONSTANT FEAR OF THE OFFICERS, AND FEAR I WILL BE FOUND GUILTY OF MY CURRENT CRIMINAL CASE BECAUSE I AM BEING DENIED ACCESS TO LAW LIBRARY TO STUDY AND ADAQUITLY PREPARE A DEFENSE.

## VI.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes.  If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged.  Explain the basis for these claims.

① $5,000 FROM ALL ELIGIBLE DEFENDANTS (APIECE)
② AN ADAQUIT LAW LIBRARY SYSTEM (ACCESS TO LAW LIBRARY)
③ OVERHAUL OF GRIEVANCE PROCEDURE IN JAIL
④ CRIMINAL CHARGES BROUGHT AGAINST DEFENDANTS (IF APPLICABLE)
⑤ IMMEDIATE RELEASE FROM OSCEOLA COUNTY CORRECTIONS DEPT.
⑥ DEFENDANTS TO PAY ANY AND ALL COURT COSTS OR FEES.

## VII.    Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures.  Your case may be dismissed if you have not exhausted your administrative remedies.

A.   Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☒   Yes

☐   No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

OSCEOLA COUNTY CORRECTIONS DEPT.

_____

_____

B.   Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☒   Yes

☐   No

☐   Do not know

C.   Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☒   Yes

☐   No

☐   Do not know

If yes, which claim(s)?

ALL, BUT IT IS REDUNDANT TO FILE A GRIEVANCE
IN A GRIEVANCE PROCEDURE THAT DOES NOT RESPOND
(OR THROWS AWAY!) GRIEVANCES

D.   Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☒   Yes

☐   No

7

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No     N/A

E.    If you did file a grievance:

1.    Where did you file the grievance?

OSCEOLA COUNTY CORRECTIONS DEPT. GRIEVANCES HANDED TO - CORPERAL RILEY 12/1/21 @ RANDS - DURING 12/2/21 @ 11:17ᴾᴹ 12/2/21 @ 10:12ᴬᴹ OFFICER VEGA 12/04/21 @ 9:10ᴾᴹ - 12/5/21 @ 1:07ᴬᴹ OFFICER GREENE 12/8/21 @ 1:05ᴾᴹ (ALL F-B POD CELL 109) OFFICER ZACHARY 12/26/21 @ 11:30ᴾᴹ (C-A POD CELL 2B)

2.    What did you claim in your grievance?

① HAVEN'T RECEIVED RESPONSE TO GRIEVANCES
② DENIAL OF ACCESS TO LAW LIBRARY
③ ILLEGALLY SEIZED ① MATTRESS COVER ② PILLOW ③ PILLOW COVER (NOTE I WAS NOT ON "PROPERTY RESTRICTION", "MENTAL HEALTH OBSERVATION" OR ANY OTHER RESTRICTION CONSTITUTING THE SEIZURE OF THOSE ITEMS.)

3.    What was the result, if any?

① NOT IN FAVOR.
② NO RESPONCE.

4.    What steps, if any, did you take to appeal that decision?  Is the grievance process completed?  If not, explain why not.  *(Describe all efforts to appeal to the highest level of the grievance process.)*

① FILED GRIEVANCE, THEN ② GRIEVANE APPEAL WHEN RESPONDED TO.
③ FILED REPEAT GRIEVANCE WHEN NOT RESPONDED TO.
④ FILED WRIT OF MANDAMUS.
⑤ THIS 42. U.S.C. § 1983 CIVIL RIGHTS COMPLAINT

F.  If you did not file a grievance:

    1.  If there are any reasons why you did not file a grievance, state them here:

        *N/A*

    2.  If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:



        *N/A OTHER THAN ME TELLING CORPORAL RILEY THAT MY GRIEVANCE ARE NOT BEING RESPONDED TO. HE STATED TO RE-FILE AND HAND TO HIM PERSONALLY. (CORPORAL RILEY IS A NON-DEFENDANT)*

G.  Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

*GRIEVANCES) PINK COPY (ATTACHED) IS A NON-RESPONSE YELLOW COPIES (ATTACHED) ARE "NOT IN FAVOR" DENIALS. WHITE COPY IS FORGE/CONTRAFEIT GRIEVANCE. "WRIT OF MANDAMUS" IN NINTH JUDICIAL CIRCUIT HAS YELLOW COPIES THAT ARE RELEVANT.*

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*
*REQUESTS - PINK COPIES = NON-RESPONSE YELLOW AND WHITE COPIES = RESPONDED TO*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

    ☐    Yes

    ☒    No

# OSCEOLA COUNTY CORRECTIONS DEPARTMENT
## Inmate General Request Form – NON Medical Issues Only
### (Pedido del Confinado – NO UTILICE PARA SOLICITAR SERVICIOS MEDICOS)

Name: HOLCOMB, JAMES ROBERT          Date: 11/29/2021
(Nombre)                             (Fecha)

Inmate ID#: 127058     Housing Unit: FB     Cell#: 109    Attention: CLASSIFICATION
(Numero de identificacion)   (Unidad)        (Celda)      (A quien va el pedido)

**Inmate Request** (Pedido del confinado): I PREVIOUSLY SENT A REQUEST ON 11/17/2021 ABOUT NEEDING ACCESS TO THE LAW LIBRARY IN REGARDS TO MY MOTION THAT I FILED PRO SE TO THE COURT (CASE# 2007CF004002 - 2020CF003583 - 2021CF002417) I AM AWAITING RESPONCE FROM THE COURT AND WILL NEED QUICK ACCESS TO THE LAW LIBRARY ONCE OBTAINED. CAN YOU PLEASE EITHER ALLOW ME TO ACCESS THE LAW LIBRARY ON THE TABLET WHILE IN CONFINEMENT, OR RELEASE ME FROM CONFINEMENT EARLY? PLEASE RESPOND!

**Staff Response** (Respuesta para el confinado): you are not Pro se on any case they were closed and pointed the regional conflict office as attny

Staff Signature (Firma del personal): _____   Date (Fecha): 11/30/21

Received By (Recibido): _____

Inmate Signature (Firma del confinado)

## **DO NOT USE THIS FORM FOR MEDICAL REQUESTS**
### Use telephone for Medical requests. If no access to telephone use MEDICAL/SICK CALL REQUEST form.
#### **NO UTILICE PARA SOLICITAR SERVICIOS MEDICOS**
Para solicitudes médicas utilice el teléfono. Si no tiene acceso al teléfono USE LA SOLICITUD DE SERVICIOS MEDICOS.

Form 800.29 (3 ply)
(Ori: 05/2005 /// Rev: 05/15/2019)

## OSCEOLA COUNTY CORRECTIONS DEPARTMENT
### Inmate General Request Form – NON Medical Issues Only
(Pedido del Confinado – NO UTILICE PARA SOLICITAR SERVICIOS MEDICOS)

Name: HOLCOMB, JAMES R                    Date: 12/01/2021
(Nombre)                                                   (Fecha)

Inmate ID#: 127058    Housing Unit: FB    Cell#: 109    Attention: CLASSIFICATION
(Numero de identificacion)    (Unidad)    (Celda)    (A quien va el pedido)

**Inmate Request** (Pedido del confinado): PLEASE SEND ME A 42 UNITED STATE CODE § 1983 FORM. IT WILL BE FOUND IN REFERANCE TO FEDERAL LAWSUITS PERTAINING TO CONSTITUTIONAL VIOLATIONS.
OH, AND THE FEDERAL COURTHOUSE IN ORLANDO WHERE I WILL BE FILING IT AT. THANK YOU.

**Staff Response** (Respuesta para el confinado): Please Contact your Lawyer, at The Office of Criminal Conflick and civil regional Counsel

Staff Signature (Firma del personal): M. Th___    Date (Fecha): 12/2/202

Received By (Recibido): _____
Inmate Signature (Firma del confinado)

### **DO NOT USE THIS FORM FOR MEDICAL REQUESTS**
### Use telephone for Medical requests. If no access to telephone use MEDICAL/SICK CALL REQUEST form.
**NO UTILICE PARA SOLICITAR SERVICIOS MEDICOS**
Para solicitudes médicas utilice el teléfono. Si no tiene acceso al teléfono USE LA SOLICITUD DE SERVICIOS MEDICOS.

Form 800.29 (3 ply)
(Ori: 05/2005 /// Rev: 05/15/2019)

**OSCEOLA COUNTY CORRECTIONS DEPARTMENT**

**Inmate General Request Form – NON Medical Issues Only**

(Pedido del Confinado – NO UTILICE PARA SOLICITAR SERVICIOS MEDICOS)

Name: HOLCOMB, JAMES R                                    Date: 12/01/2021

(Nombre)                                                                              (Fecha)

Inmate ID#: 127058          Housing Unit: FB     Cell#: 109   Attention: CLASSIFICATION

(Numero de identificacion)     (Unidad)              (Celda)         (A quien va el pedido)

**Inmate Request** (Pedido del confinado): CAN YOU PLEASE SEND ME A LIST
OF LAW OFFICES, WITH ADDRESSES, THAT TRY CIVIL LAW
WHO SPECIALIZE IN CONSTITUTIONAL LAW.

_____ THANK YOU.

**Staff Response** (Respuesta para el confinado): I do not have a list of
what you ask for and I con not provide recomendations on
what Lawyers to assist you. you may Contact your current
Lawyer at the Office of Criminal Conflict and Civil regional Office

Staff Signature (Firma del personal): _____   Date (Fecha): 12/2/2021

Received By (Recibido): _____

Inmate Signature (Firma del confinado)

**\*\*DO NOT USE THIS FORM FOR MEDICAL REQUESTS\*\***

**Use telephone for Medical requests. If no access to telephone use MEDICAL/SICK CALL REQUEST form.**

\*\*NO UTILICE PARA SOLICITAR SERVICIOS MEDICOS\*\*

Para solicitudes médicas utilice el teléfono. Si no tiene acceso al teléfono USE LA SOLICITUD DE SERVICIOS MEDICOS.

Form 800.29 (3 ply)
(Ori: 05/2005 /// Rev: 05/15/2019)

## OSCEOLA COUNTY CORRECTIONS DEPARTMENT

### Inmate General Request Form – NON Medical Issues Only

(Pedido del Confinado – NO UTILICE PARA SOLICITAR SERVICIOS MEDICOS)

Name: HOLCOMB, JAMES R                    Date: 12/05/2021
(Nombre)                                  (Fecha)

Inmate ID#: 127058      Housing Unit: FB    Cell#: 109   Attention: LAW LIBRARY
(Numero de identificacion)   (Unidad)      (Celda)       (A quien va el pedido)

**Inmate Request** (Pedido del confinado): FOR CASE # 2007CF004012CR - MAY I PLEASE
HAVE A COPY OF SEG# #23, #91 #95 #103 PLEASE?
I AM PRO-SE FOR THIS CASE (#2007CF004012CR) AND HAVE AN ACTIVE MOTION 3.800
(SEG# #326) PENDING AND WILL NEED ABOVE STATED DOCUMENTS FOR FUTURE MOTIONS,
OR COURT PROCEEDINGS. PLEASE AND THANK YOU. I REALLY NEED IT.

**Staff Response** (Respuesta para el confinado): _____
_____
_____
_____

Staff Signature (Firma del personal): _____  Date (Fecha): _____

Received By (Recibido): _____
                          Inmate Signature (Firma del confinado)

### **DO NOT USE THIS FORM FOR MEDICAL REQUESTS**
**Use telephone for Medical requests. If no access to telephone use MEDICAL/SICK CALL REQUEST form.**
**NO UTILICE PARA SOLICITAR SERVICIOS MEDICOS**
Para solicitudes médicas utilice el teléfono. Si no tiene acceso al teléfono USE LA SOLICITUD DE SERVICIOS MEDICOS.

Form 800.29 (3 ply)
(Ori: 05/2005 /// Rev: 05/15/2019)

**OSCEOLA COUNTY CORRECTIONS DEPARTMENT**

**Inmate General Request Form – NON Medical Issues Only**

(Pedido del Confinado – NO UTILICE PARA SOLICITAR SERVICIOS MEDICOS)

Name: HOLCOMB, JAMES R                                     Date: 12/19/2021
(Nombre)                                                    (Fecha)

Inmate ID#: 270588        Housing Unit: CA       Cell#: 2B      Attention: LAW LIBRARY
(Numero de identificacion)   (Unidad)          (Celda)        (A quien va el pedido)

Inmate Request (Pedido del confinado): PLEASE SEND ME A 42 U.S.C.
SEC. 1983 FORM.
   I AM TRYING TO OPEN A FEDERAL LAWSUIT AGAINST
CASE # 2007CF004002 FOR VIOLATION OF CONSTITUTIONAL RIGHTS
(NAMELY: I WAS 16 YEARS OLD AND MY SENTENCING ORDER GOT SENT TO
THE "ORLANDO SENTINAL" VIOLATION THE PRIVACY OF JUVENILE, NAME IN NEWSPAPER)

Staff Response (Respuesta para el confinado): Please be advise, At this time there is not
a current law library at this facility. We do
provide pro-se services, if you do become a pro-se
inmate granted by the Court.

Staff Signature (Firma del personal): V. East                Date (Fecha): 12/27/204

Received By (Recibido): _____

Inmate Signature (Firma del confinado)

**\*\*DO NOT USE THIS FORM FOR MEDICAL REQUESTS\*\***

**Use telephone for Medical requests. If no access to telephone use MEDICAL/SICK CALL REQUEST form.**

**\*\*NO UTILICE PARA SOLICITAR SERVICIOS MEDICOS\*\***

Para solicitudes médicas utilice el teléfono. Si no tiene acceso al teléfono USE LA SOLICITUD DE SERVICIOS MEDICOS.

Form 800.29 (3 ply)
(Ori: 05/2005 /// Rev: 05/15/2019)

## OSCEOLA COUNTY CORRECTIONS DEPARTMENT
### Inmate General Request Form – NON Medical Issues Only
**(Pedido del Confinado – NO UTILICE PARA SOLICITAR SERVICIOS MEDICOS)**

**Name:** HOLCOMB, JAMES R                    **Date:** 12/30/2021
(Nombre)                                       (Fecha)

**Inmate ID#:** 127058    **Housing Unit:** CA    **Cell#:** 2B    **Attention:** GRIEVANCE COORDINATOR
(Numero de identificacion)    (Unidad)           (Celda)           (A quien va el pedido)

**Inmate Request** (Pedido del confinado): I WOULD LIKE TO KNOW IF GRIEVANCE LOG # 300904 HAS BEEN RECEIVED? I WAS HANDED TO OFFICER ZACHARY ON THE NIGHT OF 12/26/2021 @ APPROXIMATELY 11:30 PM (PULLED CAMERA IN CA-2B 11:28-11:30 PM AND Y WILL SEE ME HOLD GRIEVANCE UP TO CAMERA THEN HAND IT TO OFFICER. THANK YOU.

**Staff Response** (Respuesta para el confinado): _____
_____
_____
_____

**Staff Signature** (Firma del personal): _____    **Date** (Fecha): _____

**Received By** (Recibido): _____
Inmate Signature (Firma del confinado)

### **DO NOT USE THIS FORM FOR MEDICAL REQUESTS**
**Use telephone for Medical requests. If no access to telephone use MEDICAL/SICK CALL REQUEST form.**
**NO UTILICE PARA SOLICITAR SERVICIOS MEDICOS**
Para solicitudes médicas utilice el teléfono. Si no tiene acceso al teléfono USE LA SOLICITUD DE SERVICIOS MEDICOS.

Form 800.29 (3 ply)
(Ori: 05/2005 /// Rev: 05/15/2019)

## OSCEOLA COUNTY CORRECTIONS DEPARTMENT
## GRIEVANCE

From: HOLCOMB, JAMES R     127058    CA - Z - B

     Last Name, First            ID Number     Location

| PART A – INMATE GRIEVANCE | **ONLY WRITE ONE ISSUE PER GRIEVANCE FORM** |
|---|---|

**CHECK ONE:** [ ] **GRIEVANCE** [X] **GRIEVANCE APPEAL** [ ] **DR APPEAL**

THE DENIAL OF GRIEVANCE ICA # 30001 FROM. LON
THE STATEMENT GIVEN IN SGT DAVIS THAT HE RETRIEVED
THE MATTRESS COVER AND PILLOW THAT HE ILLEGALLY REMOVED
FROM MY CELL (FF-104) IS RIDICULES BASED UPON THE FACT
THAT IT IS A BLATANT LIE.
① IT WAS NOT A CELL SEARCH THAT WAS CONDUCTED, BUT
A MEDICAL INCIDENT THAT OCCURRED ② THE MATTRESS COVER
AND PILLOW WAS SEIZED ON THE MORNING OF 12/04/2021 @
APPROXIMATELY 12:00ᴬᴹ (MIDNIGHT) WAS NOT RETURNED UNTIL THE
MORNING OF 12/14/2021 (10 DAYS LATER!) DURING LAUNDRY CALL ONLY
AT THE RECOMMENDATION OF OFFICER VELEZ. (NOTE: THIS IS AFTER I SHIFT
RECEIVED GRIEVANCE ON 12/13/2021) (PLEASE REVIEW CAMERA 12/4/2021 - 12/14/2021 FF-104)

Date 12/25/2021       Signature of Inmate *James R. Holcomb* 127058

**INMATES: DO NOT WRITE BELOW THIS LINE – IF YOU WRITE BELOW THIS LINE IT WILL NOT BE ADDRESSED**

[ ] **IN FAVOR** [ ] **NOT IN FAVOR**

### PART B – FOR STAFF RESPONSE ONLY

| |
|---|
| |
| |
| |
| |
| |
| |

Signature and ID# of Employee Responding (DATE):      Signature of Supervisor and ID#:    Date:

### PART C – RECEIPT (TO BE COMPLETED BY GRIEVANCE COORDINATOR)

Assigned to: _____    Date: _____

Received by: _____    Date: _____

Response Entered by: _____    Date: _____

White Copy    Inmate File Copy    Canary Copy    Inmate Copy (with response)    Pink Copy    Inmate Copy (no response)

Form 400.29

(Ori: 04/21/2009 /// Rev: 02/23/2018)

OSCEOLA COUNTY CORRECTIONS DEPARTMENT
**GRIEVANCE**

CA-2B

From: HOLCOMB, James R        127058        TB-109
Last Name, First        ID Number        Location

| PART A – INMATE GRIEVANCE | **ONLY WRITE ONE ISSUE PER GRIEVANCE FORM** |
|---|---|

CHECK ONE:    ☑ GRIEVANCE    ☐ GRIEVANCE APPEAL    ☐ DR APPEAL

ON THE NIGHT OF 12/03/2021 @ APPROXIMATELY 12:00 AM (SO, MEANING OF 12/04/2021 @ 12:00 AM) SERGEANT DAVIS ORDERED ANOTHER OFFICER (NAME UNKNOWN) TO ILLEGALLY SEIZE MY BLUE MATTRESS COVER AND PILLOW. VIOLATING MY 4TH AMENDMENT CONSTITUTIONAL RIGHT BY SEIZURE OF AN ITEM(s) THAT I AM ENTITLED TO PER INMATE HANDBOOK AND FLORIDA LAW. I AM NOT/WAS NOT ON ANY TYPE OF RESTRICTIONS (PROPERTY RESTRICTION, MENTAL HEALTH OBSERVATION, ETC.) AND THE ILLEGAL 4TH AMENDMENT VIOLATION WAS DONE VINDICTIVELY BECAUSE OF MY MEDICAL CONDITION THAT CAUSED HIM TO HAVE TO WORK. (NOTE: THIS IS 2ED GRIEVANCE #30000S WAS NOT RESPONDED TO.) #TURNED IN 12/4/21@10:10PM - VEGA
RELIEF IS SOUGHT BY: THE RETURN OF THE ILLEGAL ITEMS SEIZED

| Date 12/4/2021 | Signature of Inmate James R Holcomb |
|---|---|

**INMATES: DO NOT WRITE BELOW THIS LINE – IF YOU WRITE BELOW THIS LINE IT WILL NOT BE ADDRESSED**

☐ IN FAVOR    ☐ NOT IN FAVOR

| PART B – FOR STAFF RESPONSE ONLY |
|---|
| I spoke to Sgt. Davis and was advised that the Mattress cover and pillow was Removed During a cell search & a clean one was given to you. |

| Signature and ID# of Employee Responding (DATE): T.S. 100630 T— 12/19/21 | Signature of Supervisor and ID#: Liehmann #1017 | Date: 12/19/21 |
|---|---|---|

**PART C – RECEIPT (TO BE COMPLETED BY GRIEVANCE COORDINATOR)**

| Assigned to: | B-Shift | Date: | 12-13-21 |
|---|---|---|---|
| Received by: | S. Garcia | Date: | 12-13-21 |
| Response Entered by: | S. Garcia | Date: | 12-20-21 |

White Copy    Inmate File Copy    Canary Copy    Inmate Copy (with response)    Pink Copy    Inmate Copy (no response)

Form 400.29
(Ori: 04/21/2009 /// Rev: 02/23/2018)

## OSCEOLA COUNTY CORRECTIONS DEPARTMENT
### GRIEVANCE

From: HOLCOMB, JAMES R      127058     FB-109

Last Name, First        ID Number     Location

**PART A – INMATE GRIEVANCE**    **\*\*ONLY WRITE ONE ISSUE PER GRIEVANCE FORM\*\***

CHECK ONE: [X] GRIEVANCE    [ ] GRIEVANCE APPEAL    [ ] DR APPEAL

PER. FLORIDA ADMINISTRATIVE CODE WHEN FILING A FORMAL GRIEVANCE COMPLAINT THE GRIEVANT IS TO RECEIVE A "PART C - RECEIPT" WITHIN THE NEXT WORKING DAY-NOT TO EXTEND THE ONE AFTER (48 HOURS MAX).

ON 11/30/21 @ CPL C. WILLIAMS NIGHT SHIFT ROUND I HANDED HIM A GRIEVANCE LOG # 300025: 12/2/21 @ 3:00 AM # 300013, 299984 & 299985 - HANDED TO OFFICER RIVERA 12/03/21 @ 10:27 PM # 300015 - OFFICER TANKSLEY: 12/03/21 @ 11:18 PM # 300004 - CPL TAYLOR 12/04/21 @ 9:05-9:15 PM # 300005. OFFICER VEGA: 12/07/21 @ 10:10-10:15 PM # 300016 - CPL RILEY: 12/08/21 @ 1:05 AM # 300002 - OFFICER GREENE.

※ THE RECORD ABOVE ARE ROUND-ABOUT TIMES ※

RELIEF IS SOUGHT BY ACKNOWLEDGMENT OF ABOVE STATED GRIEVANCE LOG # AND THE FURNISHING OF PART C RECEIPT OF ALL THEM TO ME.

Date 12/09/2021      Signature of Inmate *James R Holcomb*

INMATES: **DO NOT** WRITE BELOW THIS LINE – IF YOU WRITE BELOW THIS LINE IT **WILL NOT** BE ADDRESSED

[ ] IN FAVOR   [X] NOT IN FAVOR

### PART B – FOR STAFF RESPONSE ONLY

Im Affairs is considered the "receipt" when you got the answers to the grievance, the information is filled in. Im Affairs does not work weekends, 300013, 29984, 299985 was received 12/2, 300016 was received 12/8. Regardless bro I havent received grievance 200025, 300004, 300005. I have all others. This is NOT a complaint ※

Signature and ID# of Employee Responding (DATE): _____

Signature of Supervisor and ID#: _____ Date: _____

### PART C – RECEIPT (TO BE COMPLETED BY GRIEVANCE COORDINATOR)

Assigned to: IM AFFAIRS      Date: 12-10-21
Received by: _____      Date: 12-10-21
Response Entered by: _____      Date: 12-10-21

White Copy   Inmate File Copy  |  Canary Copy   Inmate Copy (with response)   Pink Copy   Inmate Copy (no res...

Form 400.29
(Ori: 04/21/2009 /// Rev: 02/23/2018)

## OSCEOLA COUNTY CORRECTIONS DEPARTMENT
### GRIEVANCE

From: Holcomb James R

Last Name, First      ID Number 127058     Location FB-109

| PART A – INMATE GRIEVANCE | **ONLY WRITE ONE ISSUE PER GRIEVANCE FORM** |
|---|---|

CHECK ONE: [X] GRIEVANCE    [ ] GRIEVANCE APPEAL    [ ] DR APPEAL

ON 12/03/2021 @ APPROXIMATELY 10:30 PM I TURNED IN A GRIEVANCE TO BE FURNISHED THE OFFICER WHOM RESPONDED TO MY MEDICAL LIGHT BEING ACTIVATED OUTSIDE MY CELL (FB-109) THE GRIEVANCE WAS ABOUT MEDICAL NOT HAVING MY MEDICATION. (400 mg TEGRETOL/CARBAMAZEPINE)

AGAINST OATH OF CUSTODY & DUE PROCESS OF LAW THAT OFFICER PROCEEDED TO TAKE MY GRIEVANCE TO THE OFFICERS DESK AND READ/SHOW THE GRIEVANCE TO THE NURSE THAT I WROTE THE GRIEVANCE ON). (THE PERPETRATOR)

THIS REPRESENTS A CONFLICT OF INTEREST AND IMPEDES MY CONSTITUTION RIGHT TO THE GRIEVANCE PROCESS. (NOTE: NURSE STILL HASN'T PROVIDED MEDICATION)

RELIEF IS SOUGHT IN CORRECTION AND APPROVAL OF THIS GRIEVANCE

Date 12/03/2021     Signature of Inmate _James R Holcomb_ 127053

**INMATES: DO NOT WRITE BELOW THIS LINE – IF YOU WRITE BELOW THIS LINE IT WILL NOT BE ADDRESSED**

[ ] IN FAVOR    [ ] NOT IN FAVOR

### PART B – FOR STAFF RESPONSE ONLY

| Signature and ID# of Employee Responding (DATE): | Signature of Supervisor and ID#: | Date: |
|---|---|---|

### PART C – RECEIPT (TO BE COMPLETED BY GRIEVANCE COORDINATOR)

Assigned to: _____ Date: _____

Received by: _____ Date: _____

Response Entered by: _____ Date: _____

White Copy   Inmate File Copy  |  Canary Copy    Inmate Copy (with response)    Pink Copy    Inmate Copy (no response)

Form 400.29

(Ori: 04/21/2009 /// Rev: 02/23/2018)

## OSCEOLA COUNTY CORRECTIONS DEPARTMENT
### GRIEVANCE

| | | | |
|---|---|---|---|
| From: | Last Name, First | ID Number | Location |

| PART A – INMATE GRIEVANCE | **ONLY WRITE ONE ISSUE PER GRIEVANCE FORM** |
|---|---|

CHECK ONE:  [ ] GRIEVANCE   [ ] GRIEVANCE APPEAL   [ ] DR APPEAL

| Date | Signature of Inmate |
|---|---|

**INMATES: DO NOT** WRITE BELOW THIS LINE – IF YOU WRITE BELOW THIS LINE IT **WILL NOT** BE ADDRESSED

[ ] **IN FAVOR** [ ] **NOT IN FAVOR**

### PART B – FOR STAFF RESPONSE ONLY

| Signature and ID# of Employee Responding (DATE): | Signature of Supervisor and ID#: | Date: |
|---|---|---|

### PART C – RECEIPT (TO BE COMPLETED BY GRIEVANCE COORDINATOR)

Assigned to: _____  Date: _____

Received by: _____  Date: _____

Response Entered by: _____  Date: _____

White Copy   Inmate File Copy   |   Canary Copy   Inmate Copy (with response)   |   Pink Copy   Inmate Copy (no response)

Form 400.29
(Ori: 04/21/2009 /// Rev: 02/23/2018)

THIS IS A COUNTERFEIT COPY OF GRIEVANCE LOG # 300016.
ORIGINAL-TRUE- GRIEVANCE SENT IN "WRIT OF MANDAMUS" TO
OSCEOLA COUNTY COURTHOUSE ON 12/21/21

Case 6:22-cv-00121-CEM-LHP   Document 1   Filed 01/20/22   Page 26 of 30 PageID 26

ADDITIONAL PAPER ATTACHED 300016.

## OSCEOLA COUNTY CORRECTIONS DEPARTMENT
## GRIEVANCE

From: HOLCOMB, James R.        127058        EB-109
　　　Last Name, First          ID Number      Location

| PART A – INMATE GRIEVANCE | **ONLY WRITE ONE ISSUE PER GRIEVANCE FORM** |
|---|---|

| CHECK ONE: | | GRIEVANCE | ☒ GRIEVANCE APPEAL | | DR APPEAL |
|---|---|---|---|---|---|

THIS IS AN APPEAL OF GRIEVANCE LOG # 300026

AGAIN I STATE CASE # 2020DFCV4002 IS AN OPEN CASE
AS OF 11/04/2021 A "MOTION TO CORRECT AN ILLEGAL SENTENCE - 3.800"
WAS FILED IN THE COURTS ON THE CASE DOCKET (SEQ # 326) AND IS A PENDING
MOTION.

A SIMPLE SOLUTION TO THE DISPOSITION OF THIS GRIEVANCE WOULD
BE TO LOOK AT THE PAPERWORK IN MY POSSESSION SHOWING PROOF, BUT
BE ADVISED HANDLE THIS SITUATION TO YOUR OWN LIKING.

RELIEF IS SOUGHT BY THE PROVISION OF CASE # 2020DFCV4002 CASE
DOCKET SEQ # 23 SEQ # 91 SEQ # 95 SEQ # 103 SEQ # 258 AND SEQ # 271
(THESE ARE NEEDED FOR PRESENTATION TO COURT DURING ORAL ARGUMENT AND IF
NEEDED, FOR PURPOSE OF APPEAL TO HIGHER COURTS) WRIT OF MANDAMUS WILL FOLLOW

Date 12/07/2021        Signature of Inmate James R. Holcomb

INMATES: **DO NOT WRITE BELOW THIS LINE** – IF YOU WRITE BELOW THIS LINE IT **WILL NOT BE ADDRESSED**

| | IN FAVOR | ☒ NOT IN FAVOR |
|---|---|---|

### PART B – FOR STAFF RESPONSE ONLY

You have been receiving PD
services -

Signature and ID# of Employee Responding (DATE)        Signature of Supervisor and ID#:        Date:
N/A

### PART C – RECEIPT (TO BE COMPLETED BY GRIEVANCE COORDINATOR)

Assigned to: Classifications        Date: 12-08-21
Received by: S. Gregg        Date: 12-08-21
Response Entered by:        Date: 12-29-21

White Copy   Inmate File Copy   Canary Copy   Inmate Copy (with response)   Pink Copy   Inmate Copy (no response)

If so, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

ONLY CIVIL EVER FILED IS A PENDING "WRIT OF MANDAMUS" THAT I WISH TO DISMISS AND HAVE CONSOLIDATED/AMENDED) TO THIS FORM.

A.  Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☒ Yes

☐ No

B.  If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.  Parties to the previous lawsuit

Plaintiff(s) JAMES ROBERT HOLCOMB

Defendant(s) P. BOLLINGER, M. KENNARD, K. WILMOTT

2.  Court *(if federal court, name the district; if state court, name the county and State)*

OSCEOLA COUNTY

3.  Docket or index number

UNKNOWN (IN REGARDS 2007CF004002)"WRIT OF MANDAMUS"

4.  Name of Judge assigned to your case

UNKNOWN

5.  Approximate date of filing lawsuit

12/21/2021

6.  Is the case still pending?

☒ Yes

☐ No

If no, give the approximate date of disposition. _____

10

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

N/A

_____

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

☐ Yes

☑ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

Plaintiff(s)  _____N/A_____

Defendant(s)  _____

2. Court *(if federal court, name the district; if state court, name the county and State)*

N/A

_____

3. Docket or index number  N/A

_____

4. Name of Judge assigned to your case

N/A

_____

5. Approximate date of filing lawsuit

N/A

_____

6. Is the case still pending?

☐ Yes  N/A

☐ No

If no, give the approximate date of disposition. _____

7.      What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

N/A

_____

_____

## IX.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 01/16/ , 2022.

Signature of Plaintiff    James R. Holcomb

Printed Name of Plaintiff    JAMES R. HOLCOMB

Prison Identification #    127058

Prison Address    OSCEOLA COUNTY CORRECTIONS DEPT.

KISSIMMEE, FLA. 34744

            City                    State            Zip Code

### B.    For Attorneys

Date of signing: _____, 20__.

N/A

Signature of Attorney    _____

Printed Name of Attorney    _____

Bar Number    _____

Name of Law Firm    _____

Address
Telephone Number
E-mail Address